No. 03-14-00668-CV

04/15/2015.

To whom it May concern, The following is a request to _disregard_ the dismissal of My attorney MR. Paul Morin PC. on the issue that he has provided The extension for the brief until May the 4th and wishes to continue with the case.

Yours Truly
Eduardo Jutin

RECEIVED

APR 1 5 2015

THIRD COURT OF APPEALS
JEFFREY D KYLE